IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| ALLEN L. AUSTIN | ) | |
| | ) | Bk. No.: 07-30447 |
| Debtor(s) | ) | |

TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO COMMENCE
PAYMENT TO THE TRUSTEE UNDER 11 U.S.C. § 1307 (c) (4) (BAPCPA)

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, and for his Motion, states as follows:

Debtor(s) have failed to commence payment in violation of the statute, and therefore this case should be dismissed.

WHEREFORE, the Trustee prays this Court for an Order dismissing this Chapter 13 proceeding.

/s/   Russell C. Simon
RUSSELL C. SIMON, Trustee

CERTIFICATE OF SERVICE

The hereby certify that a true and correct copy of the above and foregoing document has been served upon the Debtor(s) and all parties in interest, as listed on the Court's mailing matrix, who have not been electronically notified this 25th day of April 2007, with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL

/s bma

Allen L. Austin
1305 E. 4th St.
Alton, IL  62002